FILED
CLERK, U.S. DISTRICT COURT
OCT 18 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR 09-668 GHK |
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| v. | ) HEARING ( Fed.R.Crim.P. 32.1(a)(6) |
| Felipe De Los Angeles | ) Allegations of Violations of Probation or |
| | ) Supervised Release) |
| Defendant. | ) |

 In this case involving alleged violations of conditions of probation or supervised release, the Court finds that no condition or combination of conditions will reasonably assure:

 A. (✓) the appearance of the defendant as required; and/or

 B. (✓) the safety of any person or the community.

1  The Court concludes that:

2  A. [✓] Defendant failed to present clear and convincing evidence to
3     establish that Defendant is not a risk of flight because:
4     No Bail Resources
5     Unknown Sponsor

9  B. [✓] Defendant failed to present clear and convincing evidence to
10    establish that Defendant does not pose a risk to the safety of other
11    persons or the community because:
13    Prior Crim Convictions

17  IT IS ORDERED that defendant be detained.

19  DATE: Oct 18, 2013

         _____
         HON. MICHAEL R. WILNER
         UNITED STATES MAGISTRATE JUDGE